UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0710 LHK |
| Plaintiff, | [~~PROPOSED~~] FINAL ORDER OF FORFEITURE |
| v. | |
| JOSHUA FLORES, | |
| Defendant(s). | |

On June 28, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, 2001 BLACK MERCEDES BENZ, CA REGISTRATION 4RUE392, VIN #WDBJF65J11B309701 and $14,936 in U.S. Currency seized from his residence on October 12, 2011, pursuant to Title 21, United States Code, Section 853 and/or Title 18, United States Code, Section 982.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853 and/or Title 18, United States Code, Section 982. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 8/30/12

_____
LUCY H. KOH
United States District Judge